**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983** FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

FEB 1 6 2016

JAMES N. HATTEN, CLERK
By C. Braxenyclerk

Jeremy Lee Barrett 1000157949
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

**2:16-CV-0032**

Honorable Judge David Dickinson
Attorney Rebecca Capes

(Enter above the full name of the defendant(s).)

**I.    Previous Lawsuits**

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )    No (✓)

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2.    Court (name the district): _____

3.    Docket Number: _____

Rev. 12/5/07

## I.     Previous Lawsuits (Cont'd)

    4.     Name of judge to whom case was assigned: _____

    5.     Did the previous case involve the same facts?

                 Yes ( )     No ( )

    6.     Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):

        _____

    7.     Approximate date of filing lawsuit: _____

    8.     Approximate date of disposition: _____

## II.     Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.     Place of Present Confinement:     *Forsyth County Detention Center*

    B.     Is there a prisoner grievance procedure in this institution?

                 Yes (✓)     No ( )

    C.     Did you present the facts relating to your complaint under the institution's grievance procedure?

                 Yes ( )     No (✓)

    D.     If your answer is YES:
        1.     What steps did you take and what were the results?

               _____
               _____
               _____
               _____

        2.     If your answer is NO, explain why not:     *would not help with this matter.*

## III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: ______________________

Address(es): ______________________

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): ______________________

Employed as ______________________

at ______________________

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On December 29, 2015 I was arrested for Violation of probation for a failed drug test. I failed for Methanephetamine I have a visible Substance abuse Problem, by which I'm addicted to meth. I had asked my Court appointed Attoney Rebecca Capes that I need help with my addiction and wanted to fight. (Rehab Substance abuse program) to help with my addiction this program is ran by the Georgia Dept. of Corrections. When my

**IV. Statement of Claim (Cont'd)**

Attorney argued for me to recieve help for
my addiction. The Judge David Dickinson
then looked at the D.A. and she said, "Your
Honor, I believe the defendant is a danger to
Society." The Judge then stated, his hands are
tied and he's revoking the remainder of my probation
Five years and sending to prison I never got the
chance to speak to him.

**V. Relief**

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite
no cases or statutes.

I want this ruling overturned and be
shipped to RSAP or PDC (Probation Detention
Center) for my addiction to meth. I feel
like the Justice System isn't helping me by
putting me in prison for Five years, where
there is a huge drug issue in the prisons.

**V.    Relief (Cont'd)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Signed this _6th_ day of _February_ , 20_16_.

_____
Signature of Plaintiff

STATE OF _Georgia_
COUNTY (CITY) OF _Forsyth_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _2-6-16_
                  (Date)

_____
Signature of Plaintiff

Rev. 12/5/07